UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AL COSSEY**                                                                                **PLAINTIFF**

V.                                        **CIVIL ACTION NO.1:05CV688 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY
and FELECIA CRAFT-PALMER**                            **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion of the plaintiff to remand [5] this action is hereby **GRANTED**;

That this case is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the Court from which it was removed; and

That the motion [16] to strike the plaintiff's response in support of the motion to remand is **DENIED**.

**SO ORDERED** this 13th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge